UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| DAVID J & MARY ANNE PARYLAK | : |
| | : Bankruptcy No. 1018316 |
| Debtor(s) | : Chapter 13 |

\* \* \* \* \* \* \* \* \* \*

HEARING TO BE HELD:

Date: **02/23/11**
Time: **10:00 A.M.**
Place: United States Bankruptcy Court
Courtroom #4, 2nd Floor
900 Market Street
Philadelphia, PA 19107-4295

\* \* \* \* \* \* \* \* \* \*

**TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307**

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.  Your Movant is Frederick L. Reigle, the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.  The Plan does not appear to be feasible.

3.  The plan filed by debtor(s) does not appear feasible in that the total filed proofs of claim which are to be paid through the plan exceed the value of the proposed plan.

    WHEREFORE, the Movant requests that the Court, after hearing, enter an Order dismissing this case.

Date:  February 9, 2011                                                         Respectfully submitted,


                                                                       /S/ Frederick L. Reigle, Esq.

                                                                       FREDERICK L. REIGLE, Esq.,
Standing Chapter 13 Trustee
P.O. Box 4010
Reading, Pennsylvania 19606
Telephone:  (610) 779-1313