UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| DAVID J & MARY ANNE PARYLAK | : |
| | : Bankruptcy No. 1018316 |
| Debtor(s) | : Chapter 13 |

\* \* \* \* \* \* \* \* \* \*

HEARING TO BE HELD:

Date: **02/23/11**
Time: **10:00 A.M.**
Place: United States Bankruptcy Court
Courtroom #4, 2nd Floor
900 Market Street
Philadelphia, PA 19107-4295

\* \* \* \* \* \* \* \* \* \*

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Frederick L. Reigle, Esq., Trustee, has filed Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307 with the Court for dismissal of this case.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **02/23/11** you or your attorney must do ALL of the following:

(a) file an answer explaining your position at

United States Bankruptcy Court
Courtroom #4, 2nd Floor
900 Market Street
Philadelphia, PA 19107-4295

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to movant:

Frederick L. Reigle, Esq.,
Standing Chapter 13 Trustee
P. O. Box 4010
Reading, Pennsylvania 19606
Phone No.: (610) 779-1313
Fax No.: (610) 779-3637

    2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.  A hearing on the motion is scheduled to be held before the Honorable Stephen Raslavich , United States Bankruptcy Judge on 02/23/11  at 10:00 A.M.in:

    United States Bankruptcy Court
    Courtroom #4, 2nd Floor
    900 Market Street
    Philadelphia, PA 19107-4295

    4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1 (b).

    5.  You may contact the bankruptcy clerk's office at (215) 408-2800  to find out whether the hearing has been cancelled because no one filed an answer.

Date:   February 9, 2011